JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH EARL SMITH, JR., | ) | Case No. CV 13-3535-MMM(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| GARY SWARTHOUT, Warden, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: March 31, 2014

_____
Margaret M. Morrow
United States District Judge